**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No: 1:22-cr-20257-JEM/Becerra

UNITED STATES OF AMERICA

v.

MIGUEL RODRIGUEZ,

    Defendant.

_____/

**REPORT AND RECOMMENDATION**[1]

**THIS CAUSE** came before the Court upon Defendant Miguel Rodriguez's ("Defendant") Motion for Investigative Costs (the "Motion"). ECF No. [57]. The Court has reviewed the proposed investigator request. For the reasons stated below, it is hereby respectfully **RECOMMENDED** that the Motion, ECF No. [57], be **GRANTED**. Defendant's counsel seeks leave of the Court for investigative costs, noting that the Government has disclosed "incredibly voluminous" discovery that "has been continuously and periodically updated" digitally. *Id.* at 2. Additionally, Defendant is detained pretrial at FDC Miami, where access to the flashdrive containing discovery is not permitted. *Id.* Accordingly, "the investigator being utilized by the defense has downloaded the discovery to his laptop computer so that he can visit with Defendant, to sit and review the discovery with him[,]" which Defendant's counsel argues can significantly conserve judicial assets. *Id.* Due to the nature of this case and the format of discovery, the undersigned finds that an investigator is a reasonably necessary expense. The undersigned finds

---

[1] This matter was referred to the undersigned by the Honorable Jose E. Martinez, United States District Judge. ECF No. [59].

that the requested rate of $75.00 per hour for investigative fees is reasonable, and the investigative budget of $2,800.00, exclusive of costs, is also reasonable.

A party shall serve and file written objections, if any, to this Report and Recommendation with the United States District Court Judge for the Southern District of Florida, within **FIVE (5) DAYS** of being served with a copy of this Report and Recommendation. Counsel for Defendant had ample opportunity to present argument at the Hearing. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this Recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**DONE AND SUBMITTED** in Chambers at Miami, Florida, on February 3, 2023.

_____
**JACQUELINE BECERRA**
**UNITED STATES MAGISTRATE JUDGE**