UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-20257-CR-MARTINEZ/BECERRA

UNITED STATES OF AMERICA

    Plaintiff,

vs.

MIGUEL RODRIGUEZ,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to United States Magistrate Judge Jacqueline Becerra and accordingly, a Report and Recommendation **[ECF No. 71]** was filed on February 3, 2023, with a Recommendation Granting **[ECF No. 57]**, Defendant's Motion for Investigative Costs, submitted by CJA Attorney Michael G. Smith, Esq.

**ORDERED AND ADJUDGED** that United States Magistrate Judge Jacqueline Becerra's Report and Recommendation **[ECF No. 71]** is hereby **AFFIRMED and ADOPTED** in its entirety. Defendant Rodriguez's Motion for Investigative Costs **[ECF No. 57]** is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22 day of February 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
All Counsel of Record
CJA Administrator